UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re Application of

ROMAN VLADIMIROVICH SPIRIDONOV,　　　　Case No. 21 Misc. 487

　　　　Applicant.

------------------------------------------------------------X

**ORDER GRANTING *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

THIS CAUSE came before the Court upon the Application of Roman Vladimirovich Spiridonov (the "Applicant") for an Order pursuant to 28 U.S.C. § 1782 and Rules 26, 30, and 45 of the Federal Rules of Civil Procedure to conduct discovery for use in a pending Russian Bankruptcy Proceeding[1] concerning Igor Vladislavovich Soglaev.

THE COURT, having considered the Application, the accompanying Memorandum of Law, and the Supporting Declarations and Exhibits attached thereto, and otherwise being fully informed of the premises,

IT IS HEREBY ORDERED that:

1.　　The Application is GRANTED;

2.　　The Applicant is authorized to take discovery from the Respondent Banks[2] by issuing the Subpoenas[3];

3.　　The Respondent Banks are directed to comply with the Federal Rules of Civil Procedure and respond to the Subpoenas; and

---

[1] Specifically, case number A40-24731/20-185-45 «Ф» in the Arbitration Court of Moscow (the "Russian Bankruptcy Proceeding").
[2] The Subpoenas are directed towards J.P. Morgan Chase Bank N.A. and Citibank, N.A. (collectively, the "Respondent Banks").
[3] Copies of the "Subpoenas" are attached as Exhibits to the Declaration of Robert E. O'Connor.

-2-

4. The Court shall retain jurisdiction so that the Applicant might request authorization to issue additional subpoenas for testimony and production of documents on issues within the scope of the Application.

DATED this 18th day of June, 2021.

_____
United States District Judge